IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DESMOND ANTOINE MATTISON,**
**ALIEN # A90-756-634,**

    **Plaintiff,**

vs.                                              Case No. 4:07cv128-SPM/WCS

**ALBERTO GONZALES,**
**MICHAEL CHERTOFF,**
**MICHAEL ROZOS,**
**DAVID HARVEY,**
**and the DEPARTMENT OF**
**HOMELAND SECURITY et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

      This case was initiated on March 26, 2007, doc. 1, with the filing of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which the *pro se* Petitioner is challenging his indefinite detention by Respondents. Doc. 1. Petitioner is a native and citizen of the Bahamas, but has been in the United States since March, 1979. Doc. 1, pp. 1, 3. Petitioner alleged that Respondents were unable "to deport him and will be unable to deport him in the reasonably foreseeable future." Doc. 1, p. 2.

Respondents have filed a motion to dismiss, doc. 10, asserting that Petitioner "was released from the custody of Immigration and Customs Enforcement (ICE) on April 17, 2007."  Doc. 10, p. 1.  Petitioner was released "since the governments of Jamaica and Bahamas denied to issue Petitioner travel documents."  *Id.*, at 2.  Therefore, because Petitioner has essentially been afforded the relief he sought, this § 2241 petition should now be dismissed as moot.

Respondent's motion to dismiss, doc. 10, contains a certificate of service which indicates the document was provided to Petitioner at his "last known address" which was the Wakulla County Jail.  Presumably, that facility will not forward mail to Petitioner since he has been released.  The attachment to the motion to dismiss,[1] doc. 10, indicates a possible address for Petitioner at 2470 NW 170 Terrace, Miami, Florida 33056.  The Clerk of Court will be directed to provide a copy of this report and recommendation to Petitioner at that location.  If Petitioner does not contest this dismissal, he need not take any further action.

In light of the uncontested assertion by Respondent, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Desmond Antoine Mattison be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on May 31, 2007.

       s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The attachment is the Order of Supervision for Petitioner, dated April 17, 2007.

Case No. 4:07cv128-SPM/WCS

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.