IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DESMOND ANTOINE MATTISON,
    Petitioner,

vs.                                    CASE NO. 4:07cv128-SPM/WCS

ALBERTO GONZALEZ, et al.,
    Respondents.
_____/

## ORDER

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated May 31, 2007 (doc. 11). Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 11) is ADOPTED and incorporated by reference in this order.

2.    The § 2241 petition is dismissed as moot.

DONE AND ORDERED this 13th day of July, 2007.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge